UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 3:98-cr-154-J-20HTS
3:02-cv-522-J-20-HTS

RUBEN LEE RUSSELL EL-AMIN

### ORDER

Before the Court is Defendant/Petitioner Ruben Lee Russell El-Amin's Motion to Vacate District Court Order Denying Motion to Reopen Habeas Judgment (Doc. No. 238, filed July 14, 2005), which is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this / day of July, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Ruben Lee Russell El-Amin, *Pro Se*
Ronald T. Henry, AUSA