AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 NOV 20 A 9: 51

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |

CASE NUMBER: 3:98-cr-154-J-20TEM
USM NUMBER: 28822-018

V.

RUBEN LEE RUSSELL EL-AMIN

Defendant's Attorney: Noel Lawrence, Esquire (cja)

**THE DEFENDANT:**

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to make restitution | March 2008 |
| Two | Failure to work regularly at a lawful occupation | January 2008 |
| Three | Failure to follow the instructions of the probation officer | February 2008 |
| Four | Failure to follow the instructions of the probation officer | May 2008 |
| Five | Failure to follow the instructions of the probation officer | June 2008 |
| Six | Failure to report | June 2008 |
| Seven | New criminal conduct | July 2008 |

__X__ was found in violation of charge numbers __1-3, 5-7__ after denial of guilt.

__X__ The defendant has not violated charge number(s) __4__ and is discharged as to such violation charge(s).

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: November 13, 2008

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE
DATE: November __19__, 2008

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Defendant:   RUBEN LEE RUSSELL EL-AMIN                  Judgment - Page 2 of 2
Case No.:    3:98-cr-154-J-20TEM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR (24) MONTHS as to each of the three counts, to run concurrently.**

  **X**   The Court makes the following recommendations to the Bureau of Prisons:

  1. **Incarceration at an institution that provides an intensive substance abuse treatment program.**
  2. **Incarceration at an institution that provides an anger management program.**

  **X**   The defendant is remanded to the custody of the United States Marshal.

  ___   The defendant shall surrender to the United States Marshal for this district:

   ___ at _____ a.m.    p.m.    on _____.

   ___ as notified by the United States Marshal.

  ___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ___ before 2 p.m. on _____.

   ___ as notified by the United States Marshal.

   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL